For this reason, we find no merit to the contention that the State's Attorney must bring the action to enforce the provisions of the Act.

Kaeding's last contention is that his petition for variance was irrelevant and immaterial to these proceedings. With this we agree, and reference is made to our reasoning in *Bederman v. Pollution Control Bd.* (1974), 22 Ill.App.3d 31, 316 N.E.2d 785.

We therefore reverse the order of the Pollution Control Board ordering Kaeding to cease and desist any connection to the existing sewer.

Reversed.

T. MORAN, P. J., and SEIDENFELD, J., concur.

SAVANNAH GARDENS, INC., Plaintiff-Appellant, *v.* PAUL D. GRANOFF, M.D. *et al.*, Defendants-Appellees.

(No. 73-106;

Second District—September 13, 1974.

Redman, Shearer, O'Brien & Blood, of St. Charles, for appellant.

Dreyer, Foote & Streit, of Aurora, for appellees.